IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| LEONILA DELAO ALVAREZ, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:14-cv-00490-GBL-TCB |
| ) | |
| READYCLEAN INDUSTRIAL SERVICES, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER AND FINAL JUDGMENT**

Upon consideration of Report and Recommendation entered on August 26, 2015 by United States Magistrate Judge Theresa Carroll Buchanan (Doc. 66), who was designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon independent review of the record,

**IT IS HEREBY ORDERED** that the Court adopts, as its own, the findings of fact and accepts the recommendation of United States Magistrate Judge Buchanan;

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Award of Attorneys' Fees and Costs (Doc. 64) is **GRANTED**.

**IT IS FURTHER ORDERED** that for the reasons stated in the Report and Recommendation (Doc. 66), pursuant to Federal Rule of Civil Procedure 58 judgment is entered in favor of Plaintiffs Leonila Delao Alvarez, Carlos Aparicio Alvarez, Rafaela Morales Chavez, Maria De Leon, Eugenia Maritza Escobar, Jesus Jimenez Gonzalez, Maritza Dinora Jimenez, Ana Rivas Vasquez, Jose Alfredo Jimenez Lopez, and against Defendants ReadyClean Industrial Services, Inc., Beacon Facilities Management, LLC, Michael Tuck and Sabrina Tuck, jointly and severally, for attorneys' fees and costs in the amounts set forth below:

(1)   Attorneys' Fees in the amount of $107,026.25; and

(2)   Costs in the amount of $7,003.00

**IT IS SO ORDERED.**

ENTERED this 29th day of September, 2015.

Alexandria, Virginia
9 / 29 / 2015

_____/s/_____
Gerald Bruce Lee
United States District Judge